1  GIA N. MARINA
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: gmarina@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 862-8400
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTINA L. BRITTAIN, an individual, | Case No. 2:21-cv-02236-APG-BNW |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| HUNTER WARFIELD, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company, | **FIRST REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-1, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 18, 2022 through and including **March 21, 2022**.  The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  Equifax and Plaintiff also make this request because they have engaged in pre-Answer settlement discussions, and this extension will allow the parties to explore early resolution of the case without expending unnecessary attorney's fees and costs. This stipulation is

1 | filed in good faith and not intended to cause delay.

2 |       Respectfully submitted, this 17th day of February, 2022.

3 | CLARK HILL PLLC        **<u>No opposition</u>**

4 | By: /s/Gia N. Marina        /s/Kevin L. Hernandez
GIA N. MARINA        Kevin L. Hernandez

5 | Nevada Bar No. 15276        Nevada Bar No. 12594

6 | 3800 Howard Hughes Pkwy,        LAW OFFICE OF KEVIN L.
Suite 500        HERNANDEZ

7 | Las Vegas, NV 89169        8920 W. Tropicana Avenue, Suite 101
Tel: (702) 862-8300        Las Vegas, NV 89147

8 | Fax: (702) 862-8400        Phone: (702) 563-4450
Email: jthompson@clarkhill.com        Fax: (702) 552-0408

9 |        Email: kevin@kevinhernandezlaw.com

10 | *Attorney for Defendant Equifax Information Services LLC*

      *Attorney for Plaintiff*

14 | IT IS SO ORDERED:

16 | _____
United States Magistrate Judge

17 | DATED: February 18, 2022

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing has been served this 17th day of February, 2022, via the Court's CM/ECF system, upon all counsel of record.

      By: /s/ Gia N. Marina
      GIA N. MARINA
      Nevada Bar No. 15276
      3800 Howard Hughes Pkwy, Suite 500
      Las Vegas, NV 89169
      Tel: (702) 862-8300
      Fax: (702) 862-8400
      Email: gmarina@clarkhill.com