Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTINA L. BRITTAIN, an individual;<br><br>  Plaintiff;<br><br>v.<br><br>HUNTER WARFIELD, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>  Defendants. | Case No.: 2:21-cv-02236-APG-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Plaintiff, Justina L. Brittain ("Plaintiff"), and Defendant, Experian Information Solutions, Inc. ("Experian") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Experian, with Plaintiff and Experian bearing their own attorneys' fees

///

///

///

///

///

and costs incurred in this action.

Respectfully Submitted.

Dated: March 23, 2022

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: March 23, 2022

**ALVERSON TAYLOR & SANDERS**

*/s/ Kurt R. Bonds*
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
David Sexton, Esq.
Nevada Bar No. 14951
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Las Vegas, Nevada 89149
kbonds@alversontaylor.com
*Attorney for Defendant Hunter Warfield, Inc.*

Dated: March 23, 2022

**NAYLOR & BRASTER**

*/s/ Benjamin Gordon*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Benjamin B. Gordon, Esq.
Nevada Bar No. 15552
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
bgordon@nblawnv.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: March 23, 2022

**CLARK HILL PLLC**

*/s/ Gia N. Marina*
Gia N. Marina, Esq.
Nevada Bar No. 15276
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services, LLC*

**ORDER**

Based on the Parties' stipulation [ECF No. 19] and good cause appearing, IT IS HEREBY ORDERED that the claims against Defendant Experian Information Solutions, Inc. are DISMISSED with Prejudice, each side bearing its own fees and costs.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  March 25, 2022