Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTINA L. BRITTAIN, an individual;<br><br>Plaintiff;<br><br>v.<br><br>HUNTER WARFIELD, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:21-cv-02236-APG-BNW<br><br><br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT HUNTER WARFIELD, INC. WITH PREJUDICE** |

Plaintiff, Justina L. Brittain ("Plaintiff"), and Defendant, Hunter Warfield, Inc. ("HWI") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to HWI, with Plaintiff and HWI bearing their own attorneys' fees and costs

///

///

///

///

///

///

*(Left margin, vertical text)* Law Office of Kevin L. Hernandez  8920 W. Tropicana Avenue, Suite 101  Las Vegas, Nevada 89147  TEL: (702) 563-4450  FAX: (702) 552-0408

1  incurred in this action.

2  Respectfully Submitted.

3

4   Dated: April 7, 2022                              Dated: April 7, 2022

5  **LAW OFFICE OF**                              **ALVERSON TAYLOR & SANDERS**
   **KEVIN L. HERNANDEZ**

6  */s/ Kevin L. Hernandez*                          */s/ David Sexton*
   Kevin L. Hernandez, Esq.                         Kurt R. Bonds, Esq.
7  Nevada Bar No. 12594                             Nevada Bar No. 6228
   8920 W. Tropicana Avenue, Suite 101              David Sexton, Esq.
8  Las Vegas, Nevada 89147                          Nevada Bar No. 14951
   kevin@kevinhernandezlaw.com                      6605 Grand Montecito Parkway, Suite 200
9  ***Attorney for Plaintiff***                     Las Vegas, Nevada 89149
                                                    kbonds@alversontaylor.com
10  Dated: April 7, 2022                            dsexton@alversontaylor.com
                                                    ***Attorneys for Defendant Hunter Warfield,***
11  **CLARK HILL PLLC**                             ***Inc.***

12  */s/ Gia N. Marina*
   Gia N. Marina, Esq.
13  Nevada Bar No. 15276
   3800 Howard Hughes Parkway, Suite 500
14  Las Vegas, NV 89169
   gmarina@clarkhill.com
15  ***Attorney for Defendant Equifax Information***
   ***Services, LLC***
16

17                                                  **ORDER**

18                                                  Based on the Parties' stipulation [ECF No. 21]
                                                    and good cause appearing, IT IS HEREBY
19                                                  ORDERED that the claims against Defendant
                                                    Hunter Warfield, Inc. are DISMISSED with
20                                                  Prejudice, each side bearing its own fees and
                                                    costs.
21

22                                                  **IT IS SO ORDERED:**

23

24                                                  _____
                                                    UNITED STATES DISTRICT JUDGE
25

26                                                  DATED: April 11, 2022

27

28

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450  FAX: (702) 552-0408